AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:05CR1042 TLW (5)</u> |
| | ) | USM No: <u>13476-171</u> |
| -versus- | ) | <u>William F. Nettles, IV, Public Defender</u> |
| | ) | Defendant's Attorney |
| **Paul David Mallory** | ) | |
| Date of Previous Judgment: January 8, 2009 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ <u>the defendant</u> ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   ■ <u>GRANTED</u> and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred ten (110) months, consisting of fifty (50) months as to Count 1 and sixty (60) months consecutive as to Count 2 **is reduced to** one hundred (100) months, consisting of forty (40) months as to Count 1, and sixty (60) months consecutive as to Count 2. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the original judgment filed <u>June 13, 2006</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   <u>November 22, 2011</u>          <u>s/ Terry L. Wooten</u>
                                              *Judge's signature*

Effective Date: _____           <u>Terry L. Wooten, United States District Judge</u>
*(if different from order date)*            *Printed name and title*